**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
5:15 P. M.,
Feb. 20    19 98

Deputy Clerk

IN RE APPLICATION OF WATCHE )
AGHICHE MANOUKIAN and )
RAFI MANOUKIAN TO OBTAIN CERTAIN )
DOCUMENTS OF GULFSTREAM )
AEROSPACE CORPORATION FOR USE )    **M C 4 98    -2 0**
IN AN ACTION PENDING IN THE )
HIGH COURT OF JUSTICE, )
QUEEN'S BENCH DIVISION, )
COMMERCIAL COURT, LONDON, ENGLAND )

## ORDER

Watche Aghiche Manoukian and Rafi Manoukian, Applicants herein, having moved this Court, by and through their attorneys, Bouhan, Williams & Levy LLP, for an Application for Documents and Subpoena, pursuant to 28 U.S.C. § 1782, it is hereby ORDERED that said Application is GRANTED.

SO ORDERED THIS 20th DAY OF FEBRUARY, 1998.

JUDGE, UNITED STATES DISTRICT
COURT, SOUTHERN DISTRICT OF
GEORGIA, SAVANNAH DIVISION

UNITED STATES DISTRICT COURT
Southern District of Georgia

```
Case Number:    4:98-mc-00020
Date Served:    February 25, 1998
Served By:      Faye B. Harris
```

Attorneys Served:

Walter Charlton Hartridge II, Esq.

      X̶  Copy placed in Minutes
      X̶  Copy given to Judge
    ___ Copy given to Magistrate